UNITED STATES DISTRICT COURT
Western District of Texas

**Alternative Dispute Resolution Summary**

1. Style of Case:   Michael R. Long, et al. v. Harbor Payments, Inc.

2. Civil action number:   SA-07-CA-0362-XR

3. Date of Mediation:   March 18, 2008

4. When did the case settle?   ❏ Before ADR     ✔ In ADR     ❏ Did Not Settle

5. What was your total fee?   $ 2,300.00       or    ❏ Pro Bono

6. How was this Mediation initiated?   ❏ by court order   or   ✔ agreement of the parties

7. Additional comments: _____
   _____


   /s/ Joseph Casseb                         Date:  March 19, 2008
Joseph Casseb, Neutral

P.O. Box 120480
San Antonio, Texas  78212
(210) 733-6030